No. 845.   YOGURT MASTER, INC., *v.* WIRTZ, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition.   *William H. Agnor* and *A. R. Surles, Jr.* for petitioner.   *Solicitor General Cox, Charles Donahue, Bessie Margolin, Jacob I. Karro* and *Beate Bloch* for respondent.

No. 855.   SIGLER, WARDEN, ET AL. *v.* WESTON.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Scallan E. Walsh, Teddy W. Airhart, Jr.* and *Dorothy W. Wolbrette,* Assistant Attorneys General, for petitioners. *Joel B. Dickinson* for respondent.

No. 875.   DICKSON, WARDEN, *v.* BRUBAKER.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Stanley Mosk,* Attorney General of California, and *Robert R. Granucci* and *Albert W. Harris, Jr.,* Deputy Attorneys General, for petitioner.   *Quentin Ogren* for respondent.

No. 898.   DENNO, WARDEN, *v.* BLOETH.   Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.   *Louis J. Lefkowitz,* Attorney General of New York, *Irving Rollins,* Assistant Attorney General, and *Charles T. Matthews* for petitioner.   *Leon B. Polsky* for respondent.